**BURRIS & MACOMBER, PLLC**
2478 East River Road
Tucson, Arizona 85718
Telephone: (520) 775-2000
Facsimile: (520) 775-2001

**D. Rob Burris, Esq.**
State Bar No. 024961
Email: rob@burrismacomber.com

**Robert S. Pearson, Esq.**
State Bar No. 032404
Email: robert@burrismacomber.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Checkride Prep LLC, a California limited liability company; Global Aviation Institute LLC, a Nevada Limited Liability company; Prep Group LLC, a Wyoming liability company; and David Tushin, an individual,<br><br>    Defendants. | Case No. 3:21-cv-08166-GMS<br><br>Stipulated Motion to Extend Deadline |

Plaintiff and Defendants jointly move for an order extending the deadline for the three entity defendants—i.e., Defendants Checkride Prep LLC, Global Aviation Institute LLC, Prep Group LLC—to file a responsive pleading, the new deadline being September 3, 2021.[1] Defendants have only recently retained counsel in this matter (a notice of appearance is being filed contemporaneously herewith), and the short extension is necessary to allow counsel to prepare the appropriate filings for Defendants.

RESPECTFULLY SUBMITTED this 30th day of August, 2021.

**BURRIS & MACOMBER, PLLC**

*/s/Robert S. Pearson*
D. Rob Burris, Esq.
Robert S. Pearson, Esq.
*Attorneys for Defendants*

**JABURG & WILK, PC**

*/s/ Michael B. Dvoren*
Michael B. Dvoren, Esq.
Laura Rogal, Esq.

---

[1] Defendant David Tushin has not yet been served. His deadline to file a responsive pleading will stem from his service date.