**BURRIS & MACOMBER, PLLC**
2478 East River Road
Tucson, Arizona 85718
Telephone: (520) 775-2000
Facsimile: (520) 775-2001

**D. Rob Burris, Esq.**
State Bar No. 024961
Email: rob@burrismacomber.com

**Robert S. Pearson, Esq.**
State Bar No. 032404
Email: robert@burrismacomber.com

*Attorneys for Defendants Checkride Prep LLC; Prep Group, LLC; and Global Aviation Institute LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pilot Institute LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> Checkride Prep LLC, a California limited liability company; Global Aviation Institute LLC, a Nevada Limited Liability company; Prep Group LLC, a Wyoming liability company; and David Tushin, an individual, <br><br> Defendants. | Case No. 3:21-cv-08166-GMS <br><br> DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

**COME NOW,** Defendants Checkride Prep LLC, a California limited liability company; Global Aviation Institute LLC, a Nevada limited liability company; and Prep Group LLC, a Wyoming limited liability company (collectively hereinafter, "Entity Defendants"), and for their Answer to Plaintiff Pilot Institute, LLC's (hereinafter, "Plaintiff") First Amended Complaint ("FAC"), hereby admit, deny, and allege as follows:

## PRELIMINARY STATEMENT

**1.** The Entity Defendants admit that Plaintiff has brought an action as alleged in Paragraph 1 of Plaintiff's FAC but expressly deny any and all liability under any of the theories asserted.

## PARTIES, JURISDICTION AND VENUE

**2.** The Entity Defendants admit the allegation set forth in Paragraph 2 of the FAC that Plaintiff is an Arizona limited liability company but lack sufficient knowledge or information to form a belief about the truth of the remaining allegation therein.

**3.** The Entity Defendants admit that Defendant Checkride Prep LLC is a California limited liability company, but deny the remaining allegation set forth in Paragraph 3 of the FAC. The Entity Defendants state that Defendant Checkride Prep LLC's principal place of business is located in Los Angeles County, California.

**4.** The Entity Defendants admit the allegations set forth in Paragraph 4 of the FAC.

**5.** The Entity Defendants admit the allegations set forth in Paragraph 5 of the FAC.

**6.** The Entity Defendants admit the allegations set forth in Paragraph 6 of the FAC.

**7.** The Entity Defendants admit the allegations set forth in Paragraph 7 of the FAC.

**8.** The Entity Defendants admit the allegation set forth in Paragraph 8 of the FAC that this Court has subject matter jurisdiction over the two numbered counts (containing separate causes of action) asserted in the FAC.

**9.** The Entity Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 9 of the FAC. The Entity Defendants reserve the right to challenge personal jurisdiction.

**10.** The Entity Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 10 of the FAC. The Entity Defendants reserve the right to challenge venue.

## **GENERAL ALLEGATIONS**

**11.** The Entity Defendants incorporate their responses to Paragraphs 1-10 above as if fully set forth herein.

**12.** The Entity Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations in Paragraphs 11-13 of the FAC.

**13.** The Entity Defendants admit generally the allegation in Paragraph 14 of the FAC that Defendant Checkride Prep LLC offers various aviation training services and engages in various marketing activities from time to time, but deny the allegation that they "provide directly competing" online pilot training courses.

**14.** The Entity Defendants lack sufficient knowledge or information to form a belief

about the truth of the allegations in Paragraphs 15-24 of the FAC and therefore deny same.

**15.** The Entity Defendants admit the allegation set forth in Paragraph 25 of the FAC that certain promotion related to social media followers has occurred, which included on Facebook. To the extent this allegation implies any liability for the Entity Defendants, such implication is expressly denied.

**16.** The Entity Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations in Paragraphs 26-30 of the FAC and therefore deny same.

**17.** The Entity Defendants generally deny the allegations set forth in Paragraphs 31-35 of the FAC.

**COUNT ONE**
**(False Advertising – 15 U.S.C. § 1125 (a)(1)(B))**

**18.** The Entity Defendants incorporate their responses to Paragraphs 1-35 of the FAC above as if fully set forth herein.

**19.** The Entity Defendants generally deny all allegations stated in Paragraphs 37-42 of the FAC.

**COUNT TWO**
**(Unfair Competition – Arizona Common Law)**

**20.** The Entity Defendants incorporate their responses to Paragraphs 1-42 of the FAC above as if fully set forth herein.

**21.** Responding to Paragraph 44 of the FAC, the Entity Defendants admit that certain Arizona caselaw contains language expressing that the common law doctrine of

unfair competition is based on principles of equity, and further admit that caselaw exists explaining that the general purpose of the doctrine is to prevent business conduct that is contrary to honest practice in the industrial or commercial matters, but lack sufficient knowledge or information to form a belief about the truth of the remaining allegations (rule statements of law) in Paragraph 44 of the FAC. To the extent Paragraph 44 is intended to imply liability against the Entity Defendants, that implication is expressly denied.

**22.** The Entity Defendants generally deny all allegations stated in Paragraphs 45-48 of the FAC.

## **JURY TRIAL DEMANDED**

**23.** The Entity Defendants agree to a trial by jury on all issues so triable.

## **AFFIRMATIVE DEFENSES**

**24.** Upon information and belief and in order to avoid waiver of same, the Entity Defendants affirmatively allege all defenses set forth in Federal Rules of Civil Procedure 8(c). Specifically, Entity Defendants affirmatively assert that some or all of the claims and allegations set forth in the FAC are, or may be, barred by reason of:

- Failure to state a claim upon which relief can be granted;
- Estoppel;
- Failure to Mitigate;
- Release;
- Waiver;

- Unconscionability;
- Statute of Frauds;
- Novation;
- Qualified Privilege.

**25.** The Entity Defendants reserve the right to amend this Answer at a later time to assert any matter constituting an avoidance or affirmative defense.

**26.** The Entity Defendants affirmatively deny all allegations not expressly admitted herein.

## **REQUEST FOR RELIEF**

**WHEREFORE**, the Entity Defendants pray for judgment against Plaintiff as follows:

**A.** that Plaintiff's First Amended Complaint be dismissed with prejudice and that Plaintiff takes nothing thereby;

**B.** that the Entity Defendants be awarded their costs incurred herein (pursuant to A.R.S. §§ 12-341), plus interest at the highest legal rate until paid in full;

**C.** that the Entity Defendants be awarded attorney's fees as the "prevailing party" under the Lanham Act (15 U.S.C. § 1117(a)), plus interest at the highest legal rate until paid in full; and

**D.** for such other and further relief as to the Court seems just.

**RESPECTFULLY SUBMITTED** this 2nd day of September, 2021.

**BURRIS & MACOMBER, PLLC**

/s/ D. Rob Burris
D. Rob Burris
Robert S. Pearson
*Attorneys for Entity Defendants*