**BURRIS & MACOMBER, PLLC**
2478 East River Road
Tucson, Arizona 85718
Telephone: (520) 775-2000
Facsimile: (520) 775-2001

**D. Rob Burris, Esq.**
State Bar No. 024961
Email: rob@burrismacomber.com

**Robert S. Pearson, Esq.**
State Bar No. 032404
Email:  robert@burrismacomber.com

*Attorneys for Defendants Checkride Prep LLC; Prep Group, LLC;*
*Global Aviation Institute LLC and David Tushin*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, an Arizona limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>Checkride Prep LLC, a California limited liability company; Global Aviation Institute LLC, a Nevada Limited Liability company; Prep Group LLC, a Wyoming liability company; and David Tushin, an individual,<br><br>      Defendants. | Case No. 3:21-cv-08166-GMS<br><br>MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL (WITHOUT CLIENT CONSENT) |

1    In accordance with Local Rule of Civil Procedure 83.3 and ER 1.16, the law firm of

2    Burris & MacOmber PLLC (including attorneys D. Rob Burris and Robert S. Pearson) move

3    the Court for an order allowing them to withdraw as Defendants' counsel in this action.

4    Professional considerations necessitate the withdrawal. The last known address and last

5    known telephone number of Defendants are:

**Defendant Checkride Prep LLC**
c/o California Corporate Agents, Inc., Statutory Agent
Addresses: 50 Durley Ave., Camarillo, CA 93010 (street)
5627 Kanan Rd. #158, Agoura Hills, CA 91301 (mailing)
5291 Colodny Dr., Unit 15, Agoura Hills, CA 91301 (CA office)
Phone: 206-486-0898
Email: rudybreighton@checkrideprep.com

**Defendant Global Aviation Institute LLC**
c/o Registered Agents, Inc., Statutory Agent
Address: 401 Ryland St., STE 200-A, Reno, NV 89502
Phone: 206-486-0898
Email: rudybreighton@checkrideprep.com

**Defendant Prep Group LLC**
c/o Registered Agents, Inc., Statutory Agent
Address: 30 N Gould St., Ste R, Sheridan, WY 82801
Phone: 206-486-0898
Email: rudybreighton@checkrideprep.com

**Defendant David Tushin**
Address: 5627 Kanan Rd. #158, Agoura Hills, CA 91301
Phone: 818-554-4723
Email: david@checkrideprep.com

    Under the Case Management Order dated January 7, 2022 (Doc. 38), no trial date has

been set; the discovery deadline is not until May 27, 2022; and the dispositive motion deadline

is not until December 9, 2022. No depositions are currently scheduled. Defendants have been

notified in writing of the status of the case, including the dates and times of any court hearings

or trial settings; and a separate attorney-certificate accompanies this motion as Exhibit A.

RESPECTFULLY SUBMITTED this 21st day of March, 2022.

**BURRIS & MACOMBER, PLLC**


/s/Robert S. Pearson
D. Rob Burris
Robert S. Pearson
*Attorneys for Defendants*


CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, I electronically served the attached documents
by electronic mail, and regular mail stamped on March 22, 2022, to:

Michael B. Dvoren, Esq.
RM Warner, PLC
8283 North Hayden Road, Suite 229
Scottsdale, AZ 85258
E-mail: michael@rmwarnerlaw.com
*Attorneys for Plaintiff*

**Defendant Checkride Prep LLC**
50 Durley Ave., Camarillo, CA 93010 (street)
5627 Kanan Rd. #158, Agoura Hills, CA 91301 (mailing)
5291 Colodny Dr., Unit 15, Agoura Hills, CA 91301 (CA office)
Email: rudybreighton@checkrideprep.com
Email: david@checkrideprep.com

**Defendant Global Aviation Institute LLC**
401 Ryland St., STE 200-A
Reno, NV 89502
Email: rudybreighton@checkrideprep.com
Email: david@checkrideprep.com

1

2  **Defendant Prep Group LLC**
   30 N Gould St., Ste R, Sheridan, WY 82801
3  Email: rudybreighton@checkrideprep.com
   Email: david@checkrideprep.com
4

5  **Defendant David Tushin**
   5627 Kanan Rd. #158
6  Agoura Hills, CA 91301
   Email: david@checkrideprep.com
7

8  /s/<u>Darcy Damron</u>

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Exhibit "A"*

1

**BURRIS & MACOMBER, PLLC**
2478 East River Road
Tucson, Arizona 85718
Telephone: (520) 775-2000
Facsimile: (520) 775-2001

**D. Rob Burris, Esq.**
State Bar No. 024961
Email: rob@burrismacomber.com

**Robert S. Pearson, Esq.**
State Bar No. 032404
Email:  robert@burrismacomber.com

*Attorneys for Defendants Checkride Prep LLC; Prep Group, LLC;*
*Global Aviation Institute LLC and David Tushin*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, an Arizona limited liability company, | Case No. 3:21-cv-08166-GMS |
| Plaintiff, | ATTORNEY CERTIFICATE RE: |
| v. | MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL (WITHOUT CLIENT CONSENT) |
| Checkride Prep LLC, a California limited liability company; Global Aviation Institute LLC, a Nevada Limited Liability company; Prep Group LLC, a Wyoming liability company; and David Tushin, an individual, | |
| Defendants. | |

1   I, Robert S. Pearson, am an attorney of record for Defendants in this action. In

2   accordance with Local Rule of Civil Procedure 83.3, and to accompany the motion to

3   withdrawal as counsel filed herewith, this attorney certificate is submitted. Undersigned

4   counsel certifies that Defendants have been notified in writing of the status of the case,

5   including the dates and times of any court hearings or trial settings, and the possibility of

6   sanctions for failure to comply with court orders. These written communications were sent to

7   email addresses regularly used by Defendants to communicate with undersigned counsel in

8   this matter. And although undersigned counsel assumes those communications have been

9   received, as of the time of filing this certificate, confirmation of receipt has not been obtained.

10   **RESPECTFULLY SUBMITTED** this 21st day of March, 2022.

11   **BURRIS & MACOMBER, PLLC**

12

13   **/s/Robert S. Pearson**

14   D. Rob Burris
     Robert S. Pearson
15   *Attorneys for Entity Defendant*

16

17   CERTIFICATE OF SERVICE

18

19   I hereby certify that on March 21, 2022, I electronically served the attached documents
     by electronic mail, and regular mail on March 22, 2022 to:
20

21   Michael B. Dvoren, Esq.
     RM Warner, PLC
22   8283 North Hayden Road, Suite 229
     Scottsdale, AZ 85258
23   E-mail: michael@rmwarnerlaw.com
     *Attorneys for Plaintiff*
24

25

26

2

1   **Defendant Checkride Prep LLC**
2   50 Durley Ave., Camarillo, CA 93010 (street)
    5627 Kanan Rd. #158, Agoura Hills, CA 91301 (mailing)
3   5291 Colodny Dr., Unit 15, Agoura Hills, CA 91301 (CA office)
    Email: rudybreighton@checkrideprep.com
4   Email: david@checkrideprep.com

5
    **Defendant Global Aviation Institute LLC**
6   401 Ryland St., STE 200-A
    Reno, NV 89502
7   Email: rudybreighton@checkrideprep.com
8   Email: david@checkrideprep.com

9   **Defendant Prep Group LLC**
10  30 N Gould St., Ste R, Sheridan, WY 82801
    Email: rudybreighton@checkrideprep.com
11  Email: david@checkrideprep.com

12
    **Defendant David Tushin**
13  5627 Kanan Rd. #158
    Agoura Hills, CA 91301
14  Email: david@checkrideprep.com

15

16  /s/Darcy Damron

17

18

19

20

21

22

23

24

25

26
                                3