IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, | No. CV-21-08166-PCT-GMS |
| Plaintiff, | **ORDER AND ORDER TO SHOW CAUSE** |
| v. | |
| Checkride Prep LLC, et al., | |
| Defendants. | |

Before the Court is a Motion to Withdraw as Defendants' Counsel (Without Client Consent) (Doc. 42). No responses or objections having been filed,

**IT IS HEREBY ORDERED** granting the Motion to Withdraw (Doc. 42).

**IT IS FURTHER ORDERED** the law firm of Burris & MacOmber, PLLC and attorneys D. Rob Burris and Robert Pearson are hereby relieved as counsel for the Defendants.

The Clerk shall reflect the last known address and last known telephone number of Defendants as follows:

**Defendant Checkride Prep LLC**
c/o California Corporate Agents, Inc., Statutory Agent
Addresses: 50 Durley Ave., Camarillo, CA 93010 (street)
5627 Kanan Rd. #158, Agoura Hills, CA 91301 (mailing)
5291 Colodny Dr., Unit 15, Agoura Hills, CA 91301 (CA office)
Phone: 206-486-0898
Email: rudybreighton@checkrideprep.com

**Defendant Global Aviation Institute LLC**
c/o Registered Agents, Inc., Statutory Agent
Address: 401 Ryland St., STE 200-A, Reno, NV 89502
Phone: 206-486-0898
Email: rudybreighton@checkrideprep.com

**Defendant Prep Group LLC**
c/o Registered Agents, Inc., Statutory Agent
Address: 30 N Gould St., Ste R, Sheridan, WY 82801
Phone: 206-486-0898
Email: rudybreighton@checkrideprep.com

**Defendant David Tushin**
Address: 5627 Kanan Rd. #158, Agoura Hills, CA 91301
Phone: 818-554-4723
Email: david@checkrideprep.com

While a natural person can always appear *pro per*, a corporation is an entity unto itself quite separate from its owners and officers. Only licensed attorneys may represent a corporation in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsel*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel.") (citing *Osborn v. President of Bank of U.S.*, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824)); *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) ("It is a longstanding rule that 'corporations and other unincorporated associations must appear in court through an attorney.'") (alteration and citation omitted); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney."); *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (holding that a corporation's president and sole shareholder could not make an "end run around" the counsel requirement by intervening pro se rather than retaining counsel to represent the corporation) (citing 28 U.S.C. 1654).

Defendants will be allowed a reasonable opportunity to retain a lawyer appropriately

licensed to practice law in Arizona and admitted to practice in this District Court.

**IT IS FURTHER ORDERED** that Defendants Checkride Prep LLC, Prep Group LLC and Global Aviation Institute LLC shall retain a lawyer, appropriately licensed to practice law in Arizona and admitted to practice in this District Court, who shall file Notice(s) of Appearance on or before **Tuesday, April 26, 2022.**

**IT IS FURTHER ORDERED** that Defendant David Tushin will also have until **Tuesday, April 26, 2022** to either retain counsel who shall file a Notice of Appearance on his behalf or Defendant Tushin shall file a Notice to the Court that he intends to proceed pro per.

**IT IS FURTHER ORDERED** if Defendants Checkride Prep LLC, Prep Group LLC, Global Aviation Institute LLC and David Tushin fail to comply with this Order, Defendants are ordered to show cause by **Tuesday, April 26, 2022** why sanctions should not be imposed against them for failing to comply with the Court's orders.

**IT IS FURTHER ORDERED** affirming all orders and deadlines as previously set in the Court's January 7, 2022 Case Management Order (Doc. 38).

Dated this 12th day of April, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge