Mr. David Tushin, In Pro Se
9450 SW Gemini Dr
PMB 22472
Beaverton, OR 97008-7105
Telephone: (818) 554-4723


Defendant, In Pro Se
DAVID TUSHIN

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Checkride Prep LLC, a California limited liability company, Global Aviation Institute LLC, a Nevada limited liability company, Prep Group LLC, a Wyoming liability company, and David Tushin, an individual<br><br>Defendants. | CASE NO. 3:21-cv-08166-GMS<br><br>**NOTICE OF REPRESENTATION IN PRO PER** |

**DAVID TUSHIN NOTICE OF REPRESENTATION IN PRO PER**

I, David Tushin herby represent myself in these actions in pro per.

Executed on May 2, 2022, in Los Angeles County, California.

*David Tushin*
David Tushin

- 1 -