# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, | No. CV-21-08166-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Checkride Prep LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Extend Remaining Case Deadlines (Doc. 56). Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion (Doc. 56) and amending the January 7, 2022 Case Management Order (Doc. 38) as to individual Defendant David Tushin and as to Defendants Checkride Prep LLC, Prep Group LLC, and Global Aviation Institute LLC should the Defendant LLCs retain counsel by or before June 9, 2022, as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Completion of Fact discovery | Friday, May 27, 2022 | **Friday, Sept. 2, 2022** |

| | | |
|---|---|---|
| Expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(A) – (C) completed | Friday, July 1, 2022 (Plaintiff and Defendants both) | **Friday, Oct. 7, 2022** |
| If any rebuttal expert is to be offered, their disclosures must be completed | Friday, August 5, 2022 | **Friday, Nov. 11, 2022** |
| Completion of Expert Depositions | Friday, Sept. 16, 2022 | **Friday, Dec. 23, 2022** |
| Date by which parties will engage in face-to-face, good faith settlement talks | Friday, Sept. 23, 2022 | **Friday, Sept. 23, 2022 (unchanged)** |
| Filing deadline for Dispositive Motions | Friday, Dec. 09, 2022 | **Friday, March 17, 2023** |

**IT IS FURTHER ORDERED** all other orders set forth in the January 7,. 2022 Case Management Order (Doc. 38) except as modified herein, shall remain in full force and effect.

Dated this 1st day of June, 2022.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge

- 2 -