Mr. Rudy Breighton
30 N Gould St Ste R
Sheridan, WY 82801 USA
Telephone: 307-487-7771

Defendant,
Rudy Breighton,
CEO Prep Group LLC

```
FILED  ____ LODGED
____ RECEIVED  ____ COPY

    JUN 0 9 2022

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LR CIV 5.4
             (Rule Number/Section)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Checkride Prep LLC, a California limited liability company, Global Aviation Institute LLC, a Nevada limited liability company, Prep Group LLC, a Wyoming liability company, and David Tushin, an individual<br><br>Defendants. | CASE NO. 3:21-cv-08166-GMS<br><br>**RUDY BREIGHTON'S DECLARATION IN REPONSE TO COURTS CMC MEETING ON JUNE 9, 2022** |

### RUDY BREIGHTON'S DECLARATION

I, Rudy Breighton declare as follows:

1. Your honor I would like to provide an update to the court, since my last declaration dated May 2, 2022. I have had the opportunity to interview several corporate attorneys and am currently in the process of finalizing a retainer agreement with Grant H. Frazier Esq.

2. I would like to request the court for an extension of time so we can finalize our retainer agreement with counsel and to allow our new attorneys sufficient time to review the legal matters in hand.

- 1 -
RUDY BREIGHTON'S DECLARATION IN REPONSE TO COURTS CMC MEETING ON JUNE 9, 2022

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.
3
4      Executed on June 7, 2022, in King County, Washington.



Rudy Breighton, CEO

- 2 -
RUDY BREIGHTON'S DECLARATION IN REPONSE TO COURTS ORDER ON APRIL 26, 2022 AND APRIL 28, 2022