# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, | No. CV-21-08166-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Checkride Prep LLC, et al., | |
| Defendants. | |

The Court is in receipt of CEO Rudy Breighton's Declaration in Response to Courts CMC Meeting on June 9, 2022 (Doc. 58). Good cause appearing,

**IT IS HEREBY ORDERED** extending the deadline within which Defendant Prep Group LLC shall formally retain counsel and file a Notice of Appearance to and including **June 17, 2022**.

**IT IS FURTHER ORDERED** if Defendant Prep Group LLC fails to retain counsel by **June 17, 2022** and file a Notice of Appearance on or before **June 17, 2022**, Plaintiff's Motion for Sanctions (Doc. 49) will be granted as to Defendant Prep Group LLC and Defendant Prep Group LLC's Answer will be ordered stricken and the Clerk of Court will be directed to enter default against Defendant Prep Group LLC. There will be no further extension.

Dated this 9th day of June, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge