**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Michael B. Dvoren, Esq. (AZ Bar #027386)
Email: Michael@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 866-961-4984
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, an Arizona limited liability company, | Case No. 3:21-cv-08166-GMS |
| Plaintiff, | |
| v. | **PLAINTIFFS' MOTION TO EXTEND REMAINING CASE DEADLINES** |
| Checkride Prep LLC, a California limited liability company, Global Aviation Institute LLC, a Nevada limited liability company, Prep Group LLC, a Wyoming liability company, and David Tushin, an individual, | |
| Defendants. | |

As authorized by the Court's Order filed November 7, 2022 (Doc. 83) and as proposed below, Plaintiff Pilot Institute LLC respectfully moves the Court to extend the remaining deadlines set forth in the Court's July 21, 2022 Order (Doc. 64).

**Current and Proposed Deadlines**

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Completion of Fact discovery | Friday, Dec. 2, 2022 | **Friday, March 31, 2023** |

1

| Expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(A) – (C) completed | Friday, Jan. 6, 2023 | **Friday, May 5, 2023** |
|---|---|---|
| If any rebuttal expert is to be offered, their disclosures must be completed | Friday, Feb. 10, 2023 | **Friday, June 9, 2023** |
| Completion of Expert Depositions | Friday, March 24, 2023 | **Friday, July 21, 2023** |
| Filing deadline for Dispositive Motions | Friday, June 16, 2023 | **Friday, Oct. 13, 2023** |

No other changes are requested, and all other orders set forth in the Court's January 7, 2022 Case Management Order (Doc. 38) as amended by its July 21, 2022 Order (Doc. 64), will remain in full force and effect. A proposed form of Order is submitted herewith.

RESPECTFULLY SUBMITTED this 9th day of November, 2022.

**RM Warner, PLC**

/s/*Michael B. Dvoren*
Michael B. Dvoren, Esq.
8283 N. Hayden Road Suite 229
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically transmitted the foregoing document, along with all attachments, to the Clerk's Office using the CM/ECF System for filing, and served a true and correct copy of the foregoing document, along with all attachments, by email and first-class mail, on all parties of record listed below:

**Defendant Checkride Prep LLC**
c/o Chris Johnson, California Corporate Agents Inc.
2108 N. Street, Suite C, Sacramento, CA 95816
5627 Kanan Rd. #158, Agoura Hills, CA 91301 (mailing address)
Email: rudybreighton@checkrideprep.com
Email: rudybreighton@globalaviationinstitute.com
Email: ledude1@gmail.com
Email: david@checkrideprep.com
Email: davidtushin@globalaviationinstitute.com
Email: davidtushin@gmail.com

**Defendant Global Aviation Institute LLC**
c/o Registered Agents Inc.
401 Ryland St., STE 200-A, Reno, NV 89502
Email: rudybreighton@checkrideprep.com
Email: rudybreighton@globalaviationinstitute.com
Email: ledude1@gmail.com
Email: david@checkrideprep.com
Email: davidtushin@globalaviationinstitute.com
Email: davidtushin@gmail.com

**Defendant Prep Group LLC**
c/o Registered Agents, Inc. Statutory Agent
30 N Gould St., Ste R, Sheridan, WY 82801
Email: rudybreighton@checkrideprep.com
Email: rudybreighton@globalaviationinstitute.com
Email: ledude1@gmail.com
Email: david@checkrideprep.com
Email: davidtushin@globalaviationinstitute.com
Email: davidtushin@gmail.com

**Defendant David Tushin**
Email: david@checkrideprep.com

3

Email: davidtushin@globalaviationinstitute.com
Email: davidtushin@gmail.com
[*current address not provided in the Second Motion to Withdraw (Doc. 80)*]

/s/ Allison Shilling