# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pilot Institute LLC, | NO. CV-21-08166-PCT-GMS |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| Checkride Prep LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and the Order on November 7, 2022, default is hereby entered against Defendants Checkride Prep LLC, Global Aviation Institute LLC, Prep Group LLC, David Tushin.

DEFAULT ENTERED this 15th day of December, 2022.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

December 15, 2022

By   s/ Wendy Poth
     Deputy Clerk